UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHARMA L. BARNARD                                                              PLAINTIFF

V.                                     No. 3:21-CV-73-JTR

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                                  DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Defendant.

DATED this 18th day of April, 2022.

_____
UNITED STATES MAGISTRATE JUDGE